

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00089-CR

Martin **NNAMDI**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR7399
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED February 14, 2024.

_____
Beth Watkins, Justice